Roderick D. WHITEHEAD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62466.

Missouri Court of Appeals, Western District.

Nov. 4, 2003.

John M. Schilmoeller, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, and Breck K. Burgess, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE and PAUL M. SPINDEN, JJ.

## *ORDER*

PER CURIAM.

Mr. Roderick D. Whitehead appeals the judgment of the motion court, which denied his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. For the reasons explained in the memorandum provided to the parties, we

affirm the judgment of the motion court. Rule 84.16(b).